UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

    v.

UNITED STATES OF AMERICA *et al.*,

    Defendants.

Case No. C07-5395RBL

ORDER

This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. A Report and Recommendation to deny *in forma pauperis* status is pending.

Mr. Marks now litigates under a sanction as a result of improper filings. As part of that sanction documents filed by Mr. Marks are submitted under seal for court review. Mr. Marks has filed three documents since entry of the sanction order (Dkt. # 9, 10, and 11). Documents 9 and 10 directly relate to the sanctions and contain the type of material that lead to the sanctions order. **Documents 9 and 10 will remain sealed with no further court action on either document. The court orders document 11 unsealed.** Document 11 is a request for an extension of time to file objections to a Report and Recommendation. Document 11 should be placed on Judge Leighton's

REPORT AND RECOMMENDATION- 1

1  calendar as it is a request for a continuance of a matter that is before him.

2  The clerk's office is directed to send copies of this order to plaintiff and to counsel for
3  defendants.

DATED this 18 day of September, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate

28  REPORT AND RECOMMENDATION- 2