UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>　　　　Defendants. | Case No. C07-5395RBL<br><br>ORDER |

　　　　This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. A Report and Recommendation to deny *in forma pauperis* status is pending.

　　　　Before the court are three documents filed by the plaintiff (Dkt. # 4, 5, and 6). Plaintiff asked that these documents be filed under seal and the court has done so. These three documents contain improper threats and information pertaining to the facility where plaintiff is housed and will remain sealed. To the extent that the documents contain any motion the motion is **DENIED.**

　　　　Mr. Marks is warned that the filing of any further improper pleading will result in sanctions.

REPORT AND RECOMMENDATION- 1

1  The sanctions may be monetary, may include dismissal of cases, and ultimately if the conduct
2  continues, may result in an order regarding future filings.
3     The clerk's office is directed to send copies of this order to plaintiff and to counsel for
4  defendants and to remove (Dkt. # 4, 5, and 6), from the court's calendar.

   DATED this 24 day of September, 2007.

   /S/ *J. Kelley Arnold*
   J. Kelley Arnold
   United States Magistrate

28  REPORT AND RECOMMENDATION- 2