1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

          Plaintiff,

        v.

UNITED STATES OF AMERICA,

          Defendant.

Case No.  C07-5395RBL

ORDER

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed one documents since entry of the last order (Dkt. # 13). Document13 is an objection to a Report and Recommendation to deny *in forma pauperis* statu.  The court orders the document UNSEALED.

    The clerk's office is directed to send copies of this order to plaintiff.

    DATED this 28 day of September, 2007.

                        /S/ *J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate

ORDER
Page - 1