UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.  C07-5395RBL<br><br>ORDER |

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed three documents since entry of the last order unsealing his filings (Dkt. # 16, 18, and 19). (Dkt. # 16) is an amended motion to proceed in forma pauperis.  That motion has been denied (Dkt. # 17).  The filing should be UNSEALED.

    (Dkt. # 18 and 19) are motions to reconsider denial of Mr. Marks *in forma pauperis* applications.  Those motions have been denied (Dkt # 20).  The filings should be UNSEALED.

    Judge Leighton's October 1, 2007, order gave plaintiff until November 1, 2007, to pay the filing fee in this case or the case would be dismissed without prejudice.

    The clerk's office is directed to send copies of this order to plaintiff.

    DATED this 1 day of November, 2007.

                                                                                   /S/ *J. Kelley Arnold*
                                                                                  J. Kelley Arnold
                                                                                  United States Magistrate